340

■ In the Matter of Isabel Mendez, Appellant, v Robert S. Black et al., Constituting the Board of Elections in the City of New York, and Leroy Ricksy et al., Respondents. In the Matter of Leroy Ricksy, Respondent, v Robert S. Black et al., Constituting the Board of Elections in the City of New York, Respondents, and Isabel Mendez, Appellant. — Judgment, Supreme Court, New York County (Alvin F. Klein, J.), entered on August 22, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Bloom, Fein, Kassal and Alexander, JJ.

■ In the Matter of Edwin Figueroa, Appellant, v Jose Rivera et al., Respondents. — Judgment, Supreme Court, Bronx County (Orest V. Maresca, J.), entered on August 23, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Silverman, Bloom and Kassal, JJ.